FILED
JAN 1 2 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. P-17-CR 13 |
| Plaintiff, | **I N D I C T M E N T** |
| | [Vio: 21 USC 841(a)(1), |
| V. | Possession marihuana with |
| | intent to distribute] |
| FRANKIE JOE SANTILLAN, | |
| CONRADO GUADALUPE HERNANDEZ-MUNIZ, | |
| ALEJANDRO FRANCO-TARANGO, | |
| LUIS ALBERTO FRANCO-TARANGO, | |
| RODRIGO GARCIA-PORRAS, | |
| Defendants. | |

**The Grand Jury Charges:**

Count One
[21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2]

On or about December 20, 2016, in the Western District of Texas, Defendants,

FRANKIE JOE SANTILLAN,
CONRADO GUADALUPE HERNANDEZ-MUNIZ,
ALEJANDRO FRANCO-TARANGO,
LUIS ALBERTO FRANCO-TARANGO,
RODRIGO GARCIA-PORRAS,

and others, aiding and abetting one another, knowingly did possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marihuana, a controlled substance.

A violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A True Bill.

Original signed by the foreperson of the Grand Jury

_____
Foreperson

Richard L. Durbin, Jr.
United States Attorney

*Monty Kimball*

Monty Kimball
Assistant United States Attorney